Charles P. Maher, State Bar No. 124748
RINCON LAW, LLP
200 California Street, Suite 400
San Francisco, CA 94111
Telephone No.: 415-840-4199
Facsimile No.: 415-680-1712
Email: cmaher@rinconlawllp.com

Attorneys for Plaintiff
MARLENE G. WEINSTEIN,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>THE PIPER GROUP, INC.,<br><br>Debtor. | Case No. 18-41344 WJL<br>Chapter 7<br>Hon. William J. Lafferty |
| MARLENE G. WEINSTEIN, TRUSTEE,<br><br>Plaintiff.<br><br>v.<br><br>JVC CORP, a Nevada corporation, and JEAN V. CIRIMELE, an individual, dba JVC CORP, JVC CORP, a Wyoming corporation, and MELANIE S. DONAGHY, an individual,<br><br>Defendants. | Adversary Proceeding No. 18-04093 |

**<u>CERTIFICATE OF SERVICE</u>**

I, Charles P. Maher, declare as follows:

1. I am a partner at the law firm Rincon Law LLP, which is situated at 200 California Street, Suite 400, San Francisco, California. I am over the age of 18 years and am not a party to the above-entitled action. I am admitted to practice before this Court.

2. I am familiar with the practice of Rincon Law LLP for mailing documents, by which each document is placed in an envelope, the envelope is sealed and addressed, the appropriate amount of postage is placed on the envelope and the sealed envelope is placed in either the office

mail receptacle or deposited in a United States Postal Mailbox at or before the close of business each day.

3. On the date of execution hereof, I served the following documents by first class mail:

First Amended Complaint for Avoidance and Recovery
of Fraudulent Transfers and Preferential Transfers

Alias Summons and Notice of Scheduling Conference in an Adversary Proceeding

Order Re Initial Disclosures and Discovery Conference

[Notice to Plaintiff]

BDRP Information Sheet

4. I served these documents by placing authentic of them in a sealed envelope with postage fully prepaid in a United States Postal Mailbox at San Francisco, California, which envelope was addressed to:

JVC Corp
Attn: Jean V. Cirimele, CEO
609 Marina Way South
Richmond, CA 94804

Jean V. Cirimele
5 Lower Via Casitas
Larkspur CA 94904

JVC Corp, Attn. Yvette Griffith
109 E. 17th Street
Cheyenne, WY 82001

Melanie S. Donaghy
99 Brodea Way
San Rafael CA 94901

I declare under penalty of perjury that the above statements are true and that if called as a witness I could and would testify to their truthfulness. This certificate is executed on the 31st day of July 2018 in San Francisco, California.

*/s/Charles P. Maher*
Charles P. Maher

Form SUM

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re:<br>The Piper Group, Inc. Debtor(s)<br><br>Marlene G. Weinstein Plaintiff(s)<br>vs.<br>JVC Corp Defendant(s)<br>(See attachment for additional defendant(s)) | Bankruptcy Case No.: 18–41344<br>Chapter: 7<br><br><br><br>Adversary Proceeding No. 18–04093 |

## ALIAS SUMMONS AND NOTICE OF SCHEDULING CONFERENCE
## IN AN ADVERSARY PROCEEDING

  YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> United States Bankruptcy Court
> 1300 Clay Street, Suite 300
> Oakland, CA 94612

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Charles P. Maher
> Rincon Law, LLP
> 268 Bush St. #3335
> San Francisco, CA 94104

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a scheduling conference in the adversary proceeding commenced by filing of the complaint will be held at the following time and place.

| **DATE:** October 3, 2018 | **TIME:** 10:30 AM |
|---|---|
| **LOCATION:** U.S. Bankruptcy Court, 1300 Clay St. Room 220, Oakland, CA 94612 ||

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. PLAINTIFF SHALL PROMPTLY SERVE A COPY OF THE BANKRUPTCY DISPUTE RESOLUTION PROGRAM INFORMATION SHEET ON ALL PARTIES. A COPY OF THE INFORMATION SHEET IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CANB.USCOURTS.GOV AND THE CLERK'S OFFICE.**



For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Dated: 7/30/18

Monica Tartaglia
Deputy Clerk

# CERTIFICATE OF SERVICE

I,_____(name), certify that service of this summons and

copy of the complaint was made _____(date) by:

☐     Mail Service: Regular, first class United States mail, postage fully pre–paid, addressed to:

☐     Personal Service: By leaving the process with defendant or with an officer or agent of defendent at:

☐     Residence Service: By leaving the process with the following adult as:

☐     Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail
      addresses to the following officer of the defendant at:

☐     Publication:The defendant was served as follows:[Describe briefly]

☐     State Law:The defendant was served pursant to the laws of State of _____,
      as follows:[Describe briefly]

If service was made by personal service,by residence service, or pursuant to state law, I further certify that I am, and
at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning
which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____       Signature _____
                              Print Name: _____
                              Business Address: _____
                              _____

**ADDITIONAL PLAINTIFFS/DEFENDANTS/ALIASES NOT LISTED ON THE FIRST PAGE**

Jean V. Cirimele, Defendant
dba JVC Corp

JVC Corp, Defendant

Melanie S. Donaghy, Defendant